# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TRACKTHINGS LLC<br><br>      Plaintiff<br>v.<br><br>AMAZON.COM, INC. ET AL<br><br>      Defendants | Case No. 6:21-cv-00720-ADA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Amazon.com, Inc., Amazon.com Services LLC and eero LLC (collectively "Amazon") respectfully move the Court to extend the time in which they are required to move or otherwise respond to Plaintiff's Complaint (the "Complaint"). In support of this Motion, Defendants state as follows:

1. According to the public docket, Plaintiff filed its Complaint on July 13, 2021 (Dkt. 1). According to the proofs of service, Defendants were served on July 15, 2021.

2. Defendants seek an extension of time from August 5, 2021 up to and including September 7, 2021 to answer or otherwise respond to Plaintiff's Complaint. The extension is sought not for purposes of delay but for good cause, including that Defendants need additional time to review the Complaint, investigate the allegations and issues contained therein (including the asserted patent), and prepare a response.

3. Counsel for Defendants has conferred with counsel for Plaintiff and Plaintiff does not oppose the requested extension.

4. WHEREFORE, Defendants respectfully request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended to and including September 7, 2021.

Dated:  July 22, 2021

Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117 (phone)
903-581-2543 (fax)
Email:  ddacus@dacusfirm.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

/s/ Deron R. Dacus
Deron R. Dacus