Exhibit 19

2022 04 18



EERO FOR THE HOME     PARTNER WITH US



EERO FOR SERVICE PROVIDERS

# Give your customers a world-class wifi experience.

PARTNER WITH US

**eero for Service Providers** is a turnkey solution offering you real-time insights, advanced security, and mesh wifi systems to ensure reliable connectivity throughout every room of your customer's home.

2022 04 18



# Accelerate your business.



**Reduce costs for your business.**

Actionable network and business analytics help you save on operating costs overall.



**Drive growth and customer retention.**

eero offers world-class hardware to blanket every home with fast, secure wifi connectivity that works across devices.



**Build a foundation for the future.**

Future-proof your business by appealing to customers who want smart home capabilities and the latest wifi technology.

https://eero.com/esp



# A whole-home wifi system that manages itself.

eero partners experience up to

## 29%

reduction in call volume, resulting in fewer truck rolls and lower operation costs.[1]



**SETUP AND MANAGEMENT**   CONNECTIVITY   TECHNOLOGY

Customers can set up whole-home wifi in just minutes using the co-branded partner app—and technicians can set things up remotely. Over-the-air updates bring new improvements you don't have to think twice about.

2022 04 18



# Get more out of your existing system with our APIs.

APIs make it easy to integrate **eero Insight** with existing systems. With a flexible and tailored system for your business, your team can spend more time on innovation and less on troubleshooting.[2]



## eero Secure

# Enhanced online security that increases customer retention by up to

# 30%[1]

With world-class online security features from eero Secure, your customers get access to value-added services like parental controls, content filtering, threat protection, and ad blocking.





# eero is part of the Amazon family.

With eero 6 systems' built-in Zigbee smart home hub and an Alexa device, customers can easily connect and control compatible devices on the network with Alexa.



4+ stars

amazon

Active eero hardware portfolio on Amazon.com as of May 2021

https://eero.com/esp

# A few of our channel partners around the world.



